Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

**UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTR...
DOC #
DATE F....: 12/30/2019

UNITED STATES OF AMERICA

v.   Docket No. 15-CR-1 (DLC)

Alfonso Moreno-Valdes

On June 28, 2017, the above named was placed on probation for a period of five (5) years. He has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Alfonso Moreno-Valdes be discharged from probation.

Respectfully submitted,

by  _/s/_

Franklin Carvajal
U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from Click here to enter text. and that the proceedings in the case be terminated.

Date this  30th  day of  December , 20 19 .

_/s/_
Honorable Denise Cote
U.S. District Judge